# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN
# CASE NO. 1:22-cv-67-GNS

*Filed electronically*

SANDRA BOLLENBECKER            PLAINTIFF

v.            **Notice of Removal**

DUNHAM'S ATHLEISURE CORPORATION            DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, Dunham's Athleisure Corporation, by counsel, and for its Notice of Removal, states as follows:

1. This action was initiated in the Warren Circuit Court on or about May 4, 2022, by way of Complaint filed by Sandra Bollenbecker, said action being designated as Civil Action No. 22-CI-00482. Service of the Complaint was achieved on May 10, 2022. No specific damage amount was pled in that Complaint. See Exhibit 1.

2. On or about May 23, 2022, the Plaintiff filed a Response to Defendant's Request for Admission and admitted that the amount in controversy exceeded $75,000, the amount in controversy for diversity jurisdiction. See Plaintiff's Response to Request for Admission, Exhibit 2.

3. Copies of all process, pleadings and orders served on or about this Defendant as of the date of this filing are attached hereto as Exhibit 3.

4. This civil action is a controversy over which the United States District Court has a jurisdiction by virtue of the provisions of 28 U.S.C., §1332, because the Defendant, Dunham's Athleisure Corporation, is now and was at the time of the commencement of this action

incorporated under the laws of Delaware with its principal place of business located in Oakland County, Michigan.  The Plaintiff, Sandra Bollenbecker, is a natural person who is now and was at the time of the commencement of this action a citizen of the Commonwealth of Kentucky.

5. Because the Plaintiff is claiming damages in excess of $75,000, the amount in controversy has been met.

6. Copies of this Notice of Removal and Exhibits have been filed with the Clerk of the Warren Circuit Court and served on Plaintiff's counsel.  See Exhibit 4.

WHEREFORE, the Defendant, Dunham's Athleisure Corporation, prays that Civil Action No. 22-CI-00482 in the Warren Circuit Court be removed therefrom to the United States District Court for the Western District of Kentucky at Bowling Green, where said action may proceed as an action properly removed.

Respectfully submitted,

**KRIZ, JENKINS, PREWITT & JONES, P.S.C.**
200 West Vine Street, Suite 710
P.O. Box 499
Lexington, Kentucky 40588
Telephone:  (859) 255-6885, ext. 113
Facsimile:  (859) 253-9709
Email: cjenkins@kjpjlaw.com

By: /s/*Christopher R. Jenkins*
CHRISTOPHER R. JENKINS
KBA NO. 82705
*Counsel for Dunham's Athleisure Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served on the Clerk of the Court via CM/ECF upon the following parties on this the 2nd day of June, 2022:

lmarley@forthepeople.com
Lauren Marley
Morgan & Morgan, Kentucky PLLC
360 East 8th Avenue, Suite 411
Bowling Green, KY  42101
*COUNSEL FOR PLAINTIFF*

/s/***Christopher R. Jenkins***
CHRISTOPHER R. JENKINS