

EXHIBIT 1

**Corporation**
**Service of Process Notification**
05/10/2022
CT Log Number 541545627

# Service of Process Transmittal Summary

**TO:**  John Palmer, Corporate Counsel
Dunham's Athleisure Corporation
5607 New King Dr Ste 125
Troy, MI 48098-2654

**RE:**  Process Served in Kentucky

**FOR:**  Dunham's Athleisure Corporation  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: BOLLENBECKER,SANDRA // To: Dunham's Athleisure Corporation |
| **CASE #:** | 22CI00482 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Frankfort, KY |
| **DATE/METHOD OF SERVICE:** | By Certified Mail on 05/10/2022 |
| **JURISDICTION SERVED:** | Kentucky |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air |
| | Image SOP |
| | Email Notification, Darin Lebeau  dlebeau@dunhamshq.com |
| | Email Notification, Brooke Hemry  bhemry@dunhamshq.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
306 W. Main Street
Suite 512
Frankfort, KY 40601
866-401-8252
EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



CERTIFIED MAIL™

USPS CERTIFIED MAIL

9236 0901 9403 8375 2075 21

NEOPOST
05/05/2022
US POSTAGE $013.53⁰
ZIP 40601
041M11456493

Brandi Duvall, Warren Circuit Clerk
1001 Center Street, Suite 102
Bowling Green, KY 42101-2184

Case Number: 22-CI-00482

Restricted Delivery

CT CORPORATION SYSTEM
306 W. MAIN STREET, SUITE 512
FRANKFORT, KY 40601

| AOC-E-105    Sum Code: CI | | Case #: **22-CI-00482** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky  Court of Justice    Courts.ky.gov | | County: **WARREN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **BOLLENBECKER, SANDRA VS. DUNHAM'S ATHLEISURE CORPORATION,** *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 W. MAIN STREET, SUITE 512**
     **FRANKFORT, KY 40601**

Memo: Related party is DUNHAM'S ATHLEISURE CORPORATION

The Commonwealth of Kentucky to Defendant:
**DUNHAM'S ATHLEISURE CORPORATION**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                              /s/ Brandi Duvall, Warren
                              Circuit Clerk
                              Date: **5/4/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____                                    _____
                                                                    Served By

                                                                    _____
                                                                    Title

Summons ID: 457661030654629@00000396830
CIRCUIT: 22-CI-00482 Certified Mail
BOLLENBECKER, SANDRA VS. DUNHAM'S ATHLEISURE CORPORATION



Page 1 of 1




COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL ACTION NO: _____

*FILED ELECTRONICALLY*

SANDRA BOLLENBECKER                                                    PLAINTIFF

v.

DUNHAM'S ATHLEISURE CORPORATION                                        DEFENDANT

    Serve: CT Corporation System
            306 W. Main Street, Suite 512
            Frankfort, KY 40601

## COMPLAINT

Comes now the Plaintiff, Sandra Bollenbecker, by and through the undersigned counsel, and for her Complaint against the Defendant, Dunham's Athleisure Corporation, states as follows:

### PARTIES

1. At all times pertinent hereto, the Plaintiff, Sandra Bollenbecker, was a citizen and resident of Logan County, Kentucky residing at 2005 Newtown Road, Russellville, Kentucky 42276.

2. At all times material hereto, the Defendant, Dunham's Athleisure Corporation, was a foreign corporation licensed to do business within the Commonwealth of Kentucky, with its principal office located at 5607 New King Drive, Suite 125, Troy, MI 48098 and its registered agent being CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

3. At all times relevant hereto, the Defendant owned, controlled, operated, and/or supervised the Dunham's Sports store located at 2625 Scottsville Road, Bowling Green, KY 42104 (hereinafter "premises").

1



## JURISDICTION AND VENUE

4. The circumstances giving rise to this Complaint took place in Warren County, Kentucky.

5. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Warren County Circuit Court.

6. Warren County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

7. At all times relevant hereto, the Defendant, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

8. On or about June 4, 2021, as a direct and proximate result of the negligent acts and/or omissions of the Defendant, whether by and through their respective agents, ostensible agents, servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising due care for her own safety, was injured by a dangerous condition created and/or not properly maintained by the Defendant, while lawfully and properly on the Defendant's premises. Specifically, the Plaintiff tripped and fell due to a hole/broken concrete in the concrete floor.

9. At said time and place, the Defendant owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for her safety.

10. The Defendant and its agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

2

11. As a direct and proximate result of the negligence and carelessness of the Defendant, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to her person. The injuries sustained by the Plaintiff resulted in the following damages:

   a. mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

   b. the power and ability to labor and earn has been temporarily and permanently impaired all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

   c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

   d. loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

   e. lost wages in addition to the above-mentioned loss of wage-earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Sandra Bollenbecker, demands judgment against the Defendant, Dunham's Athleisure Corporation, as follows:

   A. A trial by jury on all issues of fact herein;

   B. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

3

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For the Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is as follows: Anthem BlueCross BlueShield, P.O. Box 659940, San Antonio, TX 78265-9939.

**RESPECTFULLY** submitted this 4th day of May, 2022.

Respectfully submitted,

*/s/ Lauren Marley*
LAUREN MARLEY
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6798
Facsimile: (270) 495-6839
lmarley@forthepeople.com
COUNSEL FOR PLAINTIFF

4